An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY JAMES BENNETT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61105

**FILED**

APR 1 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion for return of seized property. Second Judicial District Court, Washoe County; Jerome Polaha, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for return of seized property, we lack jurisdiction. Castillo v. State, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Cherry

cc:  Hon. Jerome Polaha, District Judge
Gregory James Bennett
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

---

[1]Because we lack jurisdiction, we decline to consider the proper person documents filed in this case.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10793